UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WDNC Civil Action No. 3:18-cv-170

| | |
|---|---|
| KIMBERLY M. DALRYMPLE,<br><br>          Plaintiff,<br><br>v.<br><br>FRED A. KASTEN and SWIFT TRANSPORTATION COMPANY, SWIFT TRANSPORTATION CO. INC, SWIFT TRANSPORTATION CO. OF ARIZONA, INC., SWIFT TRANSPORTATION CO OF ARIZONA, LLC, SWIFT SERVICES HOLDINGS, LLC, SWIFT TRANSPORTATION SERVICES, LLC, and KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.,<br><br>          Defendants. | **NOTICE OF REMOVAL TO FEDERAL COURT** |

PLEASE TAKE NOTICE that Defendants Fred A. Kasten and Swift Transportation Company, Swift Transportation Co. Inc, Swift Transportation Co. of Arizona, Inc., Swift Transportation Co of Arizona, LLC, Swift Services Holdings, LLC, Swift Transportation Services, LLC, and Knight-Swift Transportation Holdings, Inc., (hereinafter "Defendants"), by and through undersigned counsel, respectfully remove the above-entitled action from the Superior Court of Mecklenburg County, North Carolina to the United States District Court for the Western District of North Carolina, pursuant to 28 U.S.C. §1332, §1441, and §1446. In support of this Notice of Removal, Defendants state as follows:

1

1. This action is being removed to federal court based on diversity of citizenship between the parties and an amount in controversy greater than $75,000.00

2. On February 12, 2018, a civil action was filed in the Superior Court of Mecklenburg County, North Carolina, styled *Kimberly M. Dalrymple v. Fred A. Kasten and Swift Transportation Company, Swift Transportation Co. Inc, Swift Transportation Co. of Arizona, Inc., Swift Transportation Co. of Arizona, LLC, Swift Services Holdings, LLC, Swift Transportation Services, LLC, and Knight-Swift Transportation Holdings, Inc.,* that was assigned Civil Action No. 18 CVS 2198 ( hereinafter "Superior Court action"). Defendant Swift Transportation Co., Inc. and Swift Transportation Co. of Arizona, LLC, was served on or about March 8, 2018. This notice is being filed within thirty (30) days of the date of service of the Summons and Amended Complaint on the Defendants.

3. Plaintiff seeks recovery for motor vehicle negligence and personal injury against Defendants in the Superior Court Action, which arises out of an alleged commercial motor vehicle incident that occurred on or about February 12, 2015, in the left inside lane of East Dixon Boulevard, at or near its intersection with Earl Road in the City of Shelby, Cleveland County, North Carolina. Plaintiff seeks compensatory damages from each Defendant for personal injuries including surgery, lost wages and allegations of substantial sums of money for care and treatment.

4. The United States District Court for the Western District of North Carolina has original jurisdiction over the Superior Court action pursuant to 28 U.S.C. §1332(a)

and it may be removed by Defendants pursuant to 28 U.S.C. §1441(a) and (b) for the following reasons:

(a) Upon information and belief, Plaintiff, Kimberly M. Dalrymple, at the commencement of this action and at all times material hereto, was a citizen and resident of Cleveland County, North Carolina.

(b) Defendant Fred A. Kasten, at the commencement of this action and at all times material hereto, was a citizen and resident of Broward County, Florida.

(c) Defendants Swift Transportation Co., Inc., Swift Transportation Co., of Arizona, LLC, Swift Transportation Services, LLC and Knight-Swift Transportation Holdings, Inc., at the commencement of this action and at all times material hereto, are Delaware corporations or limited liability companies duly organized and existing under the laws of the State of Delaware, with their principal place of business in the State of Arizona.

(d) Defendants Swift Transportation Co. of Arizona, Inc. and Swift Services Holdings, LLC have not existed and do not exist as named. Swift Services Holdings, Inc is a corporation organized under the laws of the State of Delaware and has its principle place of business in Arizona.

(e) Swift Transportation Company was a Nevada corporation with a principle place of business in Arizona which was replaced in 2010 by Swift Transportation Services, LLC.

(f) The matter in controversy between Plaintiff and Defendants was, at the commencement of this action and now is one in which complete diversity of citizenship exists.

(g) The amount in controversy between the Plaintiff and Defendants in this action, exclusive of interest and costs, exceeds the sum of $75,000.00, inasmuch as Plaintiff seeks compensation for personal injuries which included surgery as well as allegations of "substantial sums of money for the care and treatment" along with alleged lost wages.

(h) Therefore, all Defendants join in and consent to the removal of this action from the Superior Court of Mecklenburg County to the United States District Court for the Western District of North Carolina.

5. Attached to this notice as Exhibit 1 is a copy of the Summons and Amended Complaint served upon the Defendants in the Superior Court action.

6. A copy of this Notice of Removal has been sent for filing in the Office of the Clerk of Superior Court of Mecklenburg County, North Carolina contemporaneously with the filing of this Notice of Removal, as shown by the notice attached hereto as Exhibit 2.

WHEREFORE, Defendants respectfully request that this action be removed from the Superior Court of Mecklenburg County to the United States District Court for the Western District of North Carolina.

This the 5th day of April, 2018.

                        CRANFILL SUMNER & HARTZOG, LLP

                        By:   s/Samuel H. Poole, Jr.
                              N.C. State Bar No: 13659
                              Attorney for Defendants
                              2907 Providence Road, Suite 200
                              Charlotte, NC 28211
                              Telephone: (704) 332-8300
                              Facsimile: (704)332-9994
                              Email: shp@cshlaw.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:18-cv-170

| | |
|---|---|
| KIMBERLY M. DALRYMPLE,<br><br>                    Plaintiff,<br><br>v.<br><br>FRED A. KASTEN and SWIFT TRANSPORTATION COMPANY, SWIFT TRANSPORTATION CO. INC, SWIFT TRANSPORTATION CO. OF ARIZONA, INC., SWIFT TRANSPORTATION CO OF ARIZONA, LLC, SWIFT SERVICES HOLDINGS, LLC, SWIFT TRANSPORTATION SERVICES, LLC, and KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.,<br><br>                    Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that on the 5th day of April, 2018, I electronically filed the foregoing ***Notice of Removal to Federal Court*** with the Clerk of Court using the CM/ECF system and mailed the document via the United States Postal Service, postage pre-paid, and addressed to:

P. Wayne Drummond, Jr.
The Law Office of P. Wayne Drummond, Jr.
Post Office Box 242425
Charlotte, NC 28224
*Attorney for Plaintiff*

CRANFILL SUMNER & HARTZOG, LLP

By:   s/Samuel H. Poole, Jr.
        N.C. State Bar No: 13659
        Attorney for Defendants
        2907 Providence Road, Suite 200
        Charlotte, NC 28211
        Telephone: (704) 332-8300
        Facsimile: (704)332-9994
        Email: shp@cshlaw.com

5

4822-8406-8448v.3  Case 3:18-cv-00170-DSC   Document 1   Filed 04/05/18   Page 5 of 5